UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

ELENA DE LEON                                       CASE NO. 11-80233

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **Fifth Third Bank**                **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account:  2567

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $18,457.43 |
| | +   200.00 (Cost of Collection) |
| Total | $18,657.43 |
| Amount Paid by Trustee | $18,657.43 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/30/13                 /s/Lydia S. Meyer
                                Lydia S. Meyer, Trustee
                                308 W. State St., Suite 212
                                Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 30th Day of May, 2013.

Dated:  5/30/13                 /s/Cynthia K. Burnard

FIFTH THIRD BANK
PO BOX 637640
CINCINNATI, OH 45263-7640

FIFTH THIRD BANK
5050 KINGSLEY DRIVE
CINCINNATI, OH  45264

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

FIFTH THIRD BANK
1850 E PARIS SE BANKRUPTCY DEPT
MD #ROPS05
GRAND RAPIDS, MI 49546-6253

ELENA DE LEON
6534 BROADCAST PKWY
LOVES PARK, IL  61111

ATTORNEY LINDA GODFREY
A LAW OFFICE OF CROSBY & ASSOC.  PC
475 EXECUTIVE PKWY
ROCKFORD, IL  61107